■ In the Matter of JENNIFER O.-T., Respondent, v FREDERICK T., Appellant. [946 NYS2d 470]—Order, Family Court, Bronx County (Alma Cordova, J.), entered on or about November 19, 2010, which denied respondent father's objections to the Support Magistrate's order directing him to pay $1,030 per month in child support, unanimously affirmed, without costs.

The Support Magistrate properly imputed income to respondent in calculating the support obligation and there exists no

basis to disturb the Support Magistrate's credibility determinations particularly in light of respondent's undocumented account of his finances (see Matter of Sena v Sena, 65 AD3d 1244 [2009]; see also Matter of Childress v Samuel, 27 AD3d 295 [2006]). Moreover, the record shows that respondent, who was represented by counsel at the hearing, was not deprived of the opportunity to present evidence as to his alleged business expenses. Concur—Mazzarelli, J.P., Saxe, DeGrasse, Richter and Abdus-Salaam, JJ.